IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DESHAWN GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-2071

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 9, 2016.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Deshawn Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied on the merits.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.